FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2022

No. 04-22-00724-CV

**IN THE INTEREST OF K.A.W., ET AL.**, Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01580
Honorable Raul Perales, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

    Appellant's brief was originally due on November 28, 2022. Neither the brief nor a motion for extension of time to file the brief has been filed. It is therefore ORDERED that appellant's brief must be filed no later than **December 12, 2022.** Given the time constraints governing the disposition of this appeal, requests for extension of time will be disfavored.

    It is so **ORDERED** on December 5, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK